# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4048 Direct
(212) 972-3213 Fax
Erik.Mass@jacksonlewis.com

March 4, 2026

**VIA ECF**
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Weir v. FVE Managers, Inc.**
**Case No. 1:26-cv-00750**

Dear Judge Engelmayer:

We represent Defendant FVE Managers, Inc. ("Defendant") in the above-referenced matter. We write pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices to request an extension of the deadline for Defendant to answer, move, or otherwise respond to the Complaint from March 6, 2026 through and including April 6, 2026. The Parties have been engaged in ongoing settlement discussions, and this additional time will allow the Parties to continue those discussions in an attempt to resolve this matter.

This is Defendant's second request for an extension of time to respond to the Complaint. Defendant's first request for an extension of time was granted. Plaintiff consents to this request, and no other deadlines are affected by this request.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Erik Mass*
Erik Mass

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: March 5, 2026
New York, New York